NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HOLLISTER INCORPORATED,**
*Plaintiff-Appellant,*

**v.**

**CONVATEC INC.,**
*Defendant-Appellee.*

---

2011-1617

---

Appeal from the United States District Court for the Northern District of Illinois in Case No. 10-CV-6431, Judge Matthew F. Kennelly.

---

**JUDGMENT**

---

JEFFREY W. SARLES, Mayer Brown, LLP, of Chicago, Illinois, argued for plaintiff-appellant. With him on the brief was DAVID M. BERGER.

ROBERT S. MALLIN, Brinks Hofer Gilson & Lione, of Chicago, Illinois, argued for defendant-appellee. With him on the brief were CYNTHIA A. HOMAN, DOMINIC P. ZANFARDINO and RAQUEL C. RODRIGUEZ.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 19, 2012       /s/ Jan Horbaly
Date            Jan Horbaly
Clerk